SCOTUS - THOMAS HEAD CHIEF JUST,
USCA - DCD, FC, 5th, 6th, 7th, 8th, 9th, 10th, 11th

RECEIVED
MAY 15 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

AO 310 (Rev. 03/16)

FILED
MAY 15 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Judicial Council of the 1st, 2nd, 3rd, 4th Circuit

# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1:20CV0534LY

1. Name of Complainant: HAROLD WILLIAM VAN ALLEN
   Contact Address: 351 NORTH RD
   HURLEY NY 12443
   Daytime telephone: (845) 389 4366

2. Name(s) of Judge(s): CHIEF JUDGES FIRST, SECOND, THIRD
   Court: FOURTH, FIFTH, SIXTH, SEVENTH, EIGHTH, NINTH, TENTH, ELEVENTH, DCCP FEDERAL SCOTUS, CAAF

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?
   [X] Yes  [ ] No

   If "yes," give the following information about each lawsuit:
   Court: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, DCC, FC, SCOTUS
   Case Number:
   Docket number of any appeal to the ___ Circuit: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, DCC, FC, SCOTUS, CAAF
   Are (were) you a party or lawyer in the lawsuit?
   [X] Party  [ ] Lawyer  [ ] Neither

   If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number: WALKER F. TODD

Page 1 of 2

AO 310 (Rev. 03/16)

Judicial Council of the  DCC, FC  1,2,3,4,5,6,7,8,9,10,11 Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4. **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5. **Declaration and signature:**

   I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

   Signature: _____   Date: 12/16/2019